

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| LIGHTSEY NATHAN SAUL, JR., | § | No. 08-12-00030-CR |
| Appellant, | § | Appeal from the |
| v. | § | 83rd District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# 2849) |
|  | § |  |

## **O R D E R**

On October 4, 2013, Jim Darnell filed with this Court a motion to withdraw. Appellant has also filed a letter stating he wants to represent himself on appeal due to perceived problems with appellate counsel's representation. The notice of appeal was filed on February 27, 2012 and, after several lengthy delays, the reporter's record was finally filed on June 11, 2013. Appellant's brief is on its third extension and is due to be filed no later than October 9, 2013. Appellant, through his counsel, has requested a fourth extension of time to file the brief.

The Court has determined it will not act on counsel's motion to withdraw or Appellant's request for self-representation until after the trial court has conducted a hearing to develop evidence related to both requests.

We therefore abate the appeal and direct the trial court to conduct a hearing in order to thoroughly admonish Appellant regarding the dangers and disadvantages of self-representation. *See Hubbard v. State,* 799 S.W.2d341 (Tex.Crim.App. 1987). The court shall determine the following:

1. whether Appellant's request to remove appointed counsel and represent himself is an attempt to obstruct court procedure or interfere with the fair administration of justice;

2. whether Appellant asks to waive appointed counsel and represent himself pro se on appeal;

3. if Appellant elects to represent himself on appeal, whether Appellant's decision is competently and intelligently made;

4. if Appellant elects to proceed on appeal with counsel, whether current counsel can continue to effectively represent Appellant, or whether it will be necessary to appoint different counsel; and

5. whether allowing Appellant to represent himself on appeal is in his best interests and in furtherance of the proper administration of justice.

The trial court is authorized to hear evidence and make findings of fact related to these issues as well as any other matters the trial court finds may be helpful to a resolution of counsel's motion to withdraw and Appellant's request to proceed pro se. The trial court shall make written findings of fact and conclusions of law related to these issues and shall forward its findings to the District Clerk of Pecos County, Texas, on or before November 6, 2013. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and forward the same to this Court on or before November 16, 2013. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before November 16, 2013. The appeal will be reinstated after the supplemental clerk's record and reporter's record of the hearing are filed. The Appellant's motion to extend time for filing Appellant's brief shall remain pending until after the appeal is reinstated.

IT IS SO ORDERED this 7th day of October, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.